IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   CIVIL NO. 24-CV-2727 |
| | * |
| **FOURTEEN ANCIENT EGYPTIAN ARTIFACTS SEIZED BY U.S. CUSTOMS AND BORDER PROTECTION,** | * * * * |
| **Defendants** | |

\*\*\*\*\*\*\*

## WARRANT FOR ARREST *IN REM*

TO:   THE MARSHAL OF THE UNITED STATES AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, on July 30, 2024, the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the District of Maryland against the following defendants *in rem*:

a. Old Kingdom Limestone Funerary Statute of Seated Elite, seized on or about August 24, 2020, at Anchorage, Alaska;

b. Ancient Egyptian Faience Amulet of the Goddess Hatmehyt from Egypt's Late Period (664-332 BCE), seized on or about September 29, 2020, at John F. Kennedy Airport in New York;

c. Egyptian wooden canopic jar cover from the New Kingdom Period, 19th Dynasty or later 1300 BCE, seized on or about November 17, 2020, at John F. Kennedy Airport in New York

d. Cypriot Spindle Ware Vessel (New Kingdom Period 1549 to 1075 BCE), seized on or about November 17, 2020 at John F. Kennedy Airport in New York;

e. Painted limestone Shabti from ancient Egypt's New Kingdom period (1549 to 1075 BCE), seized on or about November 17, 2020, at John F. Kennedy Airport in New York;

f. Painted limestone phallic figurine from ancient Egypt's Late Period to Ptolemaic Period (664-30 BCE), seized on or about November 17, 2020, at John F. Kennedy Airport in New York;

g. Painted limestone Egyptian Shabti from ancient Egypt's New Kingdom period (1549 to 1075 BCE), seized on or about November 18, 2020, at John F. Kennedy Airport in New York;

h. Egyptian Calcite/Alabaster Shabti (1190-1075 BCE), seized on or about November 18, 2020, at John F. Kennedy Airport in New York;

i. Painted limestone Egyptian Bed Figurine (New Kingdom Period 1549-1075 BCE), seized on or about November 18, 2020, at John F. Kennedy Airport in New York;

j. Egyptian Glazed Phallic Figurine from Egypt's Late Period to Ptolemaic Period (664-30 BCE), seized on or about November 18, 2020, at John F. Kennedy Airport in New York;

k. Faience Shabti Figurine (Late Period to Ptolemaic Period 664-30 BCE), seized on or about November 18, 2020, at John F. Kennedy Airport in New York;

l. Pre-Dynastic Vase (3500-3200 BCE), seized on or about November 18, 2020, at John F. Kennedy Airport in New York;

m. Egyptian limestone lug-handled jar, Early Dynastic Period, c. 3000-2600 BCE, seized on or about April 7, 2021, at John F. Kennedy Airport in New York; and

n. Egyptian painted wooden Ushabti box, Third Intermediate Period to Late Period, c. 1075-332 BCE, seized on or about April 7, 2021, at John F. Kennedy Airport in New York

(collectively, the "Defendant Property) alleging the Defendant Property is subject to seizure and civil forfeiture to the United States for the reasons mentioned in the complaint; and

WHEREAS, the Defendant Property is currently in the possession, custody or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the arrest of the Defendant Property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it;

NOW THEREFORE you are hereby commanded to arrest the above-named Defendant Property by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: _____

                                              Clerk of the Court
                                              United States District Court


By: _____
            Deputy Clerk