# Department of Homeland Security
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>**24-CV-2727** |
|---|---|
| DEFENDANT<br>**FOURTEEN ANCIENT EGYPTIAN ARTIFACTS SEIZED BY U.S. CUSTOMS AND BORDER PROTECTION** | TYPE OF PROCESS<br>**Forfeiture and Disposal** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>**See Attached List - BA08WE21BA0001** |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br>Nicole Orlovitz, Paralegal II<br>U.S. Attorney's Office<br>6500 Cherrywood Lane, Suite 200<br>Greenbelt, MD 20770 | Number Of Process To Be Served In This Case. | 14 |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | 6 |
| | Check Box If Service Is On USA | Y |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please arrest property (See attached list), fill in the date of the arrest in this process and receipt form, and file with the Clerk of the Court

| Signature of Attorney or other Originator requesting service on behalf of [X]Plaintiff<br>*Steven T. Brantley*    [ ]Defendant | Telephone No.<br>301-344-4433 | Date |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated.    14 | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service    Time of Service    [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency |

**REMARKS:** 20-CBP-000968 was seized on August 24, 2024 by CBP Anchorage; 20-CBP-000969 was seized on September 29, 2020 by CBP JFK; 20-CBP-000970, 20-CBP-00971, 20-CBP-00972, and 21-CBP-000945 were seized on November 17, 2020 by CBP JFK; 21-CBP-000946, 21-CBP-000947, 21-CBP-000948, 21-CBP-000949, 21-CBP-000950, and 21-CBP-000951 were seized on November 18, 2020 by CBP JFK; 21-CBP-000952 and 21-CBP-000953 were seized by CBP JFK on April 7, 2021. All items continue to be held in secure storage pending final disposition of forfeiture proceedings.

**TD F 90-22.48 (6/96)**

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*

**Asset / Item ID  Description**

20-CBP-000968  Old Kingdom Limestone Funerary Statue of Seated Elite
20-CBP-000969  Ancient Egyptian Faience Amulet of the Goddess Hatmehyt from Egypt's Late Period (664-332 BCE)
20-CBP-000970  Egyptian wooden canopic jar cover from the New Kingdom Period, 19th Dynasty or later 1300 BCE
20-CBP-000971  Cypriot Spindle Ware Vessel (New Kingdom Period 1549 to 1075 BCE)
20-CBP-000972  Painted limestone Shabti from ancient Egypt's New Kingdom period (1549 to 1075 BCE)
21-CBP-000945  Painted limestone phallic figurine from ancient Egypt's Late Period to Ptolemaic Period (664-30 BCE)
21-CBP-000946  Painted limestone Egyptian Shabti from ancient Egypt's New Kingdom period (1549 to 1075 BCE)
21-CBP-000947  Egyptian Calcite/Alabaster Shabti (1190-1075 BCE)
21-CBP-000948  Painted limestone Egyptian Bed Figurine (New Kingdom Period 1549-1075 BCE)
21-CBP-000949  Egyptian Glazed Phallic Figurine from Egypt's Late Period to Ptolemaic Period (664-30 BCE)
21-CBP-000950  Faience Shabti Figurine (Late Period to Ptolemaic Period 664-30 BCE)
21-CBP-000951  Pre-Dynastic Vase (3500-3200 BCE)
21-CBP-000952  Egyptian limestone lug-handled jar, Early Dynastic Period, c. 3000-2600 BCE
21-CBP-000953  Egyptian painted wooden Ushabti box, Third Intermediate Period to Late Period, c. 1075-332 BCE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | *  CIVIL NO. 24-CV-2727 |
| FOURTEEN ANCIENT EGYPTIAN ARTIFACTS SEIZED BY U.S. CUSTOMS AND BORDER PROTECTION, | * |
| Defendants | * |

\*\*\*\*\*\*\*

## WARRANT FOR ARREST *IN REM*

TO:   THE MARSHAL OF THE UNITED STATES AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, on July 30, 2024, the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the District of Maryland against the following defendants *in rem*:

   a. Old Kingdom Limestone Funerary Statute of Seated Elite, seized on or about August 24, 2020, at Anchorage, Alaska;

   b. Ancient Egyptian Faience Amulet of the Goddess Hatmehyt from Egypt's Late Period (664-332 BCE), seized on or about September 29, 2020, at John F. Kennedy Airport in New York;

   c. Egyptian wooden canopic jar cover from the New Kingdom Period, 19th Dynasty or later 1300 BCE, seized on or about November 17, 2020, at John F. Kennedy Airport in New York

   d. Cypriot Spindle Ware Vessel (New Kingdom Period 1549 to 1075 BCE), seized on or about November 17, 2020 at John F. Kennedy Airport in New York;

e. Painted limestone Shabti from ancient Egypt's New Kingdom period (1549 to 1075 BCE), seized on or about November 17, 2020, at John F. Kennedy Airport in New York;

f. Painted limestone phallic figurine from ancient Egypt's Late Period to Ptolemaic Period (664-30 BCE), seized on or about November 17, 2020, at John F. Kennedy Airport in New York;

g. Painted limestone Egyptian Shabti from ancient Egypt's New Kingdom period (1549 to 1075 BCE), seized on or about November 18, 2020, at John F. Kennedy Airport in New York;

h. Egyptian Calcite/Alabaster Shabti (1190-1075 BCE), seized on or about November 18, 2020, at John F. Kennedy Airport in New York;

i. Painted limestone Egyptian Bed Figurine (New Kingdom Period 1549-1075 BCE), seized on or about November 18, 2020, at John F. Kennedy Airport in New York;

j. Egyptian Glazed Phallic Figurine from Egypt's Late Period to Ptolemaic Period (664-30 BCE), seized on or about November 18, 2020, at John F. Kennedy Airport in New York;

k. Faience Shabti Figurine (Late Period to Ptolemaic Period 664-30 BCE), seized on or about November 18, 2020, at John F. Kennedy Airport in New York;

l. Pre-Dynastic Vase (3500-3200 BCE), seized on or about November 18, 2020, at John F. Kennedy Airport in New York;

m. Egyptian limestone lug-handled jar, Early Dynastic Period, c. 3000-2600 BCE, seized on or about April 7, 2021, at John F. Kennedy Airport in New York; and

n. Egyptian painted wooden Ushabti box, Third Intermediate Period to Late Period, c. 1075-332 BCE, seized on or about April 7, 2021, at John F. Kennedy Airport in New York

(collectively, the "Defendant Property) alleging the Defendant Property is subject to seizure and civil forfeiture to the United States for the reasons mentioned in the complaint; and

WHEREAS, the Defendant Property is currently in the possession, custody or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the arrest of the Defendant Property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it;

NOW THEREFORE you are hereby commanded to arrest the above-named Defendant Property by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: 9/24/2024

Clerk of the Court
United States District Court

By: _____
Deputy Clerk