## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. 24-CV-2727** |
| | * | |
| **FOURTEEN ANCIENT EGYPTIAN** | * | |
| **ARTIFACTS SEIZED BY U.S.** | * | |
| **CUSTOMS AND BORDER** | * | |
| **PROTECTION,** | * | |
| | | |
| **Defendant** | | |

****** **

## NOTICE OF COMPLAINT FOR FORFEITURE

**FEDERAL EXPRESS – INTERNATIONAL PRIORITY**

TO:    Asia Pacific (HK) Ltd.
       36 Nathan Road, Block D, D3, 9/F1
       Chungking Mention T.S.T Hong Kong

The underlined Complaint is sent pursuant to Rule G(4)(b) of the Supplemental Rules of Admiralty

or Maritime Claims and Asset Forfeiture Actions.

1.    DATE OF NOTICE: September 23, 2024

2.    FORFEITURE COMPLAINT: On September 23, 2024, the United States of

America filed a civil complaint seeking forfeiture, pursuant to 19 U.S.C. § 1595a(c) in the United

States District Court for the District of Maryland, against the following defendant property:

        a.    Old Kingdom Limestone Funerary Statue of Seated Elite (20-CBP-000968);

        b.    Ancient Egyptian Faience Amulet of the Goddess Hatmehyt from Egypt's
               Late Period,664-332 BCE (20-CBP-000969);

        c.    Egyptian wooden canopic jar cover from the New Kingdom Period, 19th
               Dynasty or later 1300 BCE (20-CBP-000970);

        d.    Cypriot Spindle Ware Vessel,New Kingdom Period 1549 to 1075 BCE (20-
               CBP-000971);

        e.    Painted limestone Shabti from ancient Egypt's New Kingdom period, 1549
               to 1075 BCE (20-CBP-000972);

f.    Painted limestone phallic figurine from ancient Egypt's Late Period to Ptolemaic Period, 664-30 BCE (21-CBP-000945);

g.    Painted limestone Egyptian Shabti from ancient Egypt's New Kingdom period, 1549 to 1075 BCE (21-CBP-000946);

h.    Egyptian Calcite/Alabaster Shabti, 1190-1075 BCE (21-CBP-000947);

i.    Painted limestone Egyptian Bed Figurine, New Kingdom Period 1549-1075 BCE (21-CBP-000948);

j.    Egyptian Glazed Phallic Figurine from Egypt's Late Period to Ptolemaic Period, 664-30 BCE (21-CBP-000949);

k.    Faience Shabti Figurine, Late Period to Ptolemaic Period 664-30 BCE (21-CBP-000950);

l.    Pre-Dynastic Vase, 3500-3200 BCE (21-CBP-000951);

m.    Egyptian limestone lug-handled jar, Early Dynastic Period, c. 3000-2600 BCE (21-CBP-000952); and

n.    Egyptian painted wooden Ushabti box, Third Intermediate Period to Late Period, c. 1075-332 BCE (21-CPB-000952).

3.    FILING OF A VERIFIED CLAIM: Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property **must** file a verified claim within **35** days after the date of this notice, if the notice is delivered by mail, or within 35 day of the date of delivery, if the notice personally served and not sent by mail.

4.    CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury (see 28 U.S.C. § 1746).

5.    FILING OF AN ANSWER: If you file a verified claim, then, within 21 days after filing the verified claim, you **must also** file **either** (1) an answer to the Complaint, **or** (2) a motion under Rule 12 of the Federal Rules of Civil Procedure (see Supplemental Rule G(5)(b)).  If you choose to file an answer, the content of your answer is specified in Rule 8(b) of the Federal Rules

of Civil Procedure.  Rule 8(b) requires you to state "in short and plain terms" your "defenses to each claim asserted" in the Complaint, and to "admit or deny the allegations asserted" by the Government in the Complaint.

6.      FILING WITH COURT AND SERVICE ON UNITED STATES: The verified claim and answer **must** be filed with the Office of the Clerk, United States District Court for the District of Maryland, Southern Division, 6500 Cherrywood Lane, Greenbelt, Maryland, 20770 and a copy of the claim and answer or motion must be sent to Steven T. Brantley, Assistant United States Attorney,   6500 Cherrywood Lane, Suite 200, Greenbelt, Maryland 20770.

**Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint.  You may wish to seek legal advice to protect your interests.**

<div style="margin-left:40%">

Erek L. Barron
United States Attorney

</div>

Encls.                                        By:   /S/_____
                                                    Steven T. Brantley
                                                    Assistant United States Attorney

 

 <u>Learn</u> about the impact of Hurricane Helene on FedEx services.

FedEx® Tracking                                                                        ⋮

**DELIVERED**

# Thursday

9/26/24 at 3:36 PM

Signed for by: B.UTT SAJI

⤓ **Obtain proof of delivery**

**DELIVERY STATUS**

Delivered 

🔲 **Report missing package**

**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**



**GET UPDATES**

**MORE OPTIONS**

**TRACKING ID**

818253236764  ✏️ ⭐

> **FROM**
> GREENBELT, MD US
>
> **WE HAVE YOUR PACKAGE**
> CROFTON, MD
> 9/23/24 4:05 PM
>
> **ON THE WAY**
> TSUEN WAN HK
> 9/26/24 11:27 AM
>
> **OUT FOR DELIVERY**
> TSUEN WAN HK
> 9/26/24 9:49 AM
>
> **DELIVERED**
> CHUNG KING MENTION, HK
> *Delivered*
> 9/26/24 at 3:36 PM

 

## Shipment facts ∧

 Shipment overview

**TRACKING NUMBER**   818253236764

**DELIVERED TO**   Residence

**SHIP DATE** ⓘ   9/23/24

**STANDARD TRANSIT** ⓘ   9/26/24 before 6:00 PM

**DELIVERED**   9/26/24 at 3:36 PM

 Services

**SERVICE**   International Priority

**TERMS**   Shipper

**SPECIAL HANDLING SECTION**   Deliver Weekday, Residential Delivery

 Package details

**WEIGHT**   0.5 lbs / 0.23 kgs

**TOTAL PIECES**   1

**TOTAL SHIPMENT WEIGHT**   0.5 lbs / 0.23 kgs

**PACKAGING**   FedEx Envelope

↑ Back to to

## Travel history ∧

SORT BY DATE/TIME

| Ascending ∨ |
| --- |

Time zone

| Local Scan Time ∨ |
| --- |



- 4:05 PM
**Picked up**
CROFTON, MD

- 8:30 PM
**Left FedEx origin facility**
CROFTON, MD

- 11:47 PM
**Arrived at FedEx hub**
MEMPHIS, TN

Tuesday, 9/24/24

- 1:24 AM
**On the way**
MEMPHIS, TN

- 5:00 AM
**Departed FedEx hub**
MEMPHIS, TN

Wednesday, 9/25/24

- 5:10 PM
**At destination sort facility**
CHEK LAP KOK HK

Thursday, 9/26/24

- 12:43 AM
**International shipment release - Import**
LANTAU ISLAND HK

- 12:43 AM
**On the way**
Package available for clearance
LANTAU ISLAND HK

- 9:35 AM
**International shipment release - Import**
TSUEN WAN HK

- 9:35 AM
**At local FedEx facility**
TSUEN WAN HK

- 9:49 AM
**On FedEx vehicle for delivery**
TSUEN WAN HK

- 11:27 AM
**Delivery exception**
A request was made to change this delivery date.
TSUEN WAN HK

- 3:36 PM
**Delivered**
CHUNG KING MENTION HK

                                                                    

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

ShopRunner

**LANGUAGE**

   United States

**FOLLOW FEDEX** 

© FedEx 1995-2024

Site Map    |    Terms of Use    |    Privacy & Security    |    Ad Choices

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 24-CV-2727 |
| | * | |
| FOURTEEN ANCIENT EGYPTIAN | * | |
| ARTIFACTS SEIZED BY U.S. | * | |
| CUSTOMS AND BORDER | * | |
| PROTECTION, | * | |
| | | |
| Defendant | | |

*******

## NOTICE OF COMPLAINT FOR FORFEITURE

**FEDERAL EXPRESS – INTERNATIONAL PRIORITY**

TO:    Mr. Nazieh Barakat
       393 Eaglewood Drive
       Hamilton, Ontario, L8W 2S8, Canada

The enclosed Complaint is sent pursuant to Rule G(4)(b) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

1.    DATE OF NOTICE:  September 23, 2024

2.    FORFEITURE COMPLAINT: On September 23, 2024, the United States of America filed a civil complaint seeking forfeiture, pursuant to 19 U.S.C. § 1595a(c) in the United States District Court for the District of Maryland, against the following defendant property:

    a.    Old Kingdom Limestone Funerary Statue of Seated Elite (20-CBP-000968);

    b.    Ancient Egyptian Faience Amulet of the Goddess Hatmehyt from Egypt's Late Period,664-332 BCE (20-CBP-000969);

    c.    Egyptian wooden canopic jar cover from the New Kingdom Period, 19th Dynasty or later 1300 BCE (20-CBP-000970);

    d.    Cypriot Spindle Ware Vessel,New Kingdom Period 1549 to 1075 BCE (20-CBP-000971);

    e.    Painted limestone Shabti from ancient Egypt's New Kingdom period, 1549 to 1075 BCE (20-CBP-000972);

f.    Painted limestone phallic figurine from ancient Egypt's Late Period to Ptolemaic Period, 664-30 BCE (21-CBP-000945);

g.    Painted limestone Egyptian Shabti from ancient Egypt's New Kingdom period, 1549 to 1075 BCE (21-CBP-000946);

h.    Egyptian Calcite/Alabaster Shabti, 1190-1075 BCE (21-CBP-000947);

i.    Painted limestone Egyptian Bed Figurine, New Kingdom Period 1549-1075 BCE (21-CBP-000948);

j.    Egyptian Glazed Phallic Figurine from Egypt's Late Period to Ptolemaic Period, 664-30 BCE (21-CBP-000949);

k.    Faience Shabti Figurine, Late Period to Ptolemaic Period 664-30 BCE (21-CBP-000950);

l.    Pre-Dynastic Vase, 3500-3200 BCE (21-CBP-000951);

m.    Egyptian limestone lug-handled jar, Early Dynastic Period, c. 3000-2600 BCE (21-CBP-000952); and

n.    Egyptian painted wooden Ushabti box, Third Intermediate Period to Late Period, c. 1075-332 BCE (21-CBP-000952).

3.    FILING OF A VERIFIED CLAIM: Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property **must** file a verified claim within **35** days after the date of this notice, if the notice is delivered by mail, or within 35 day of the date of delivery, if the notice personally served and not sent by mail.

4.    CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury (see 28 U.S.C. § 1746).

5.    FILING OF AN ANSWER: If you file a verified claim, then, within 21 days after filing the verified claim, you **must also** file **either** (1) an answer to the Complaint, **or** (2) a motion under Rule 12 of the Federal Rules of Civil Procedure (see Supplemental Rule G(5)(b)). If you choose to file an answer, the content of your answer is specified in Rule 8(b) of the Federal Rules

of Civil Procedure.  Rule 8(b) requires you to state "in short and plain terms" your "defenses to each claim asserted" in the Complaint, and to "admit or deny the allegations asserted" by the Government in the Complaint.

6.      FILING WITH COURT AND SERVICE ON UNITED STATES: The verified claim and answer **must** be filed with the Office of the Clerk, United States District Court for the District of Maryland, Southern Division, 6500 Cherrywood Lane, Greenbelt, Maryland, 20770, and a copy of the claim and answer or motion must be sent to Steven T. Brantley, Assistant United States Attorney, 6500 Cherrywood Lane, Suite 200, Greenbelt, Maryland 20770.

**Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint.  You may wish to seek legal advice to protect your interests.**

Erek L. Barron
United States Attorney


Encls.                               By:    /S/_____
                                            Steven T. Brantley
                                            Assistant United States Attorney

 

 <u>Learn</u> about the impact of Hurricane Helene on FedEx services.

FedEx® Tracking


**SHOPRUNNER** by **FedEx.**
**Shake up your holiday shopping.** Get gifts and exclusive benefits at your favorite stores.    SHOP NOW

**DELIVERED**

# Tuesday

9/24/24 at 3:43 PM

Your package was released as requested and safely delivered.

Signed for by: Signature not required

 **Obtain proof of delivery**

**DELIVERY STATUS**

Delivered ✅



📋 **Report missing package**

**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**

GET UPDATES

**MORE OPTIONS**

**TRACKING ID**

818253236753 ✏️ ⭐

**FROM**
GREENBELT, MD US




**ON THE WAY**
GRIMSBY, ON
9/24/24 9:52 AM

**OUT FOR DELIVERY**
GRIMSBY, ON
9/24/24 10:40 AM

**DELIVERED**
HAMILTON, ON CA
*Delivered*
9/24/24 at 3:43 PM

View travel history

## Shipment facts 

 Shipment overview

**TRACKING NUMBER**   818253236753

**DELIVERED TO**   Residence

**SHIP DATE** ⊘   9/23/24

**STANDARD TRANSIT** ⊘   9/24/24 before 5:00 PM

**DELIVERED**   9/24/24 at 3:43 PM

 Services

**SERVICE**   International Priority

**TERMS**   Shipper

**SPECIAL HANDLING SECTION**   Deliver Weekday, Residential Delivery

Package details

**WEIGHT**   0.5 lbs / 0.23 kgs

**TOTAL PIECES**   1

**TOTAL SHIPMENT WEIGHT**   0.5 lbs / 0.23 kgs

**PACKAGING**   FedEx Envelope

 

## Travel history                                                                                              ⌃

**SORT BY DATE/TIME**

Ascending                                                                                                      ⌄

**Time zone**

Local Scan Time                                                                                                ⌄

Monday, 9/23/24

- 4:05 PM
  **Picked up**
  CROFTON, MD

- 8:44 PM
  **Left FedEx origin facility**
  CROFTON, MD

- 11:18 PM
  **Shipment arriving On-Time**
  CROFTON, MD

- 11:47 PM
  **Arrived at FedEx hub**
  MEMPHIS, TN

Tuesday, 9/24/24

- 3:29 AM
  **On the way**
  MEMPHIS, TN

- 3:35 AM
  **Departed FedEx hub**
  MEMPHIS, TN

- 6:18 AM
  **At destination sort facility**
  MISSISSAUGA, ON

- 7:18 AM
  **International shipment release - Import**
  MISSISSAUGA, ON

- 9:52 AM
  **At local FedEx facility**
  GRIMSBY, ON

- 10:40 AM
  **On FedEx vehicle for delivery**
  GRIMSBY, ON

- 3:43 PM
  **Delivered**
  HAMILTON, ON

↑ Back to to

Case 1:24-cv-02727-RDB    Document 9-1    Filed 09/25/25    Page 14 of 58

                                                                          

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

ShopRunner

**LANGUAGE**

   United States

**FOLLOW FEDEX**  

© FedEx 1995-2024

Site Map    |    Terms of Use    |    Privacy & Security    |    Ad Choices

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. 24-CV-2727** |
| | * | |
| **FOURTEEN ANCIENT EGYPTIAN** | * | |
| **ARTIFACTS SEIZED BY U.S.** | * | |
| **CUSTOMS AND BORDER** | * | |
| **PROTECTION,** | * | |
| | | |
| **Defendant** | | |

**\*\*\*\*\*\*\***

## <u>NOTICE OF COMPLAINT FOR FORFEITURE</u>

**VIA FIRST CLASS AND CERTIFIED MAIL**

TO:    Ms. Sylvia Ivette Barrera
         c/o Clarissa Thompson
         24922 White Creek
         San Antonio, Texas, 78255

The <u>enclosed Complaint</u> is sent pursuant to Rule G(4)(b) of the Supplemental Rules of Admiralty

or Maritime Claims and Asset Forfeiture Actions.

1.    DATE OF NOTICE:  September 23, 2024

2.    FORFEITURE COMPLAINT: On September 23, 2024, the United States of

America filed a civil complaint seeking forfeiture, pursuant to 19 U.S.C. § 1595a(c) in the United

States District Court for the District of Maryland, against the following defendant property:

a.    Old Kingdom Limestone Funerary Statue of Seated Elite (20-CPB-000968);

b.    Ancient Egyptian Faience Amulet of the Goddess Hatmehyt from Egypt's
        Late Period,664-332 BCE (20-CBP-000969);

c.    Egyptian wooden canopic jar cover from the New Kingdom Period, 19th
        Dynasty or later 1300 BCE (20-CBP-000970);

d.    Cypriot Spindle Ware Vessel,New Kingdom Period 1549 to 1075 BCE (20-
        CBP-000971);

e.    Painted limestone Shabti from ancient Egypt's New Kingdom period, 1549
        to 1075 BCE (20-CBP-000972);

f.      Painted limestone phallic figurine from ancient Egypt's Late Period to Ptolemaic Period, 664-30 BCE (21-CBP-000945);

g.      Painted limestone Egyptian Shabti from ancient Egypt's New Kingdom period, 1549 to 1075 BCE (21-CBP-000946);

h.      Egyptian Calcite/Alabaster Shabti, 1190-1075 BCE (21-CBP-000947);

i.      Painted limestone Egyptian Bed Figurine, New Kingdom Period 1549-1075 BCE (21-CBP-000948);

j.      Egyptian Glazed Phallic Figurine from Egypt's Late Period to Ptolemaic Period, 664-30 BCE (21-CBP-000949);

k.      Faience Shabti Figurine, Late Period to Ptolemaic Period 664-30 BCE (21-CBP-000950);

l.      Pre-Dynastic Vase, 3500-3200 BCE (21-CBP-000951);

m.      Egyptian limestone lug-handled jar, Early Dynastic Period, c. 3000-2600 BCE (21-CBP-000952); and

n.      Egyptian painted wooden Ushabti box, Third Intermediate Period to Late Period, c. 1075-332 BCE (21-CBP-000952).

3.      FILING OF A VERIFIED CLAIM: Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property **must** file a verified claim within **35** days after the date of this notice, if the notice is delivered by mail, or within 35 day of the date of delivery, if the notice personally served and not sent by mail.

4.      CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury (see 28 U.S.C. § 1746).

5.      FILING OF AN ANSWER: If you file a verified claim, then, within 21 days after filing the verified claim, you **must also** file **either** (1) an answer to the Complaint, **or** (2) a motion under Rule 12 of the Federal Rules of Civil Procedure (see Supplemental Rule G(5)(b)).  If you choose to file an answer, the content of your answer is specified in Rule 8(b) of the Federal Rules

of Civil Procedure. Rule 8(b) requires you to state "in short and plain terms" your "defenses to each claim asserted" in the Complaint, and to "admit or deny the allegations asserted" by the Government in the Complaint.

6.     FILING WITH COURT AND SERVICE ON UNITED STATES: The verified claim and answer **must** be filed with the Office of the Clerk, United States District Court for the District of Maryland, Southern Division, 6500 Cherrywood Lane, Greenbelt, Maryland, 20770, and a copy of the claim and answer or motion must be sent to Steven T. Brantley, Assistant United States Attorney,  6500 Cherrywood Lane, Suite 200, Greenbelt, Maryland 20770.

**Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint.  You may wish to seek legal advice to protect your interests.**

Erek L. Barron
United States Attorney


Encls.                                    By:   /S/_____
                                                Steven T. Brantley
                                                Assistant United States Attorney

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 95890710527014969998656

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Moving Through Network
**In Transit to Next Facility**

October 23, 2024

**Departed USPS Regional Facility**

OKLAHOMA CITY OK DISTRIBUTION CENTER
October 19, 2024, 7:37 am

**Arrived at USPS Regional Facility**

OKLAHOMA CITY OK DISTRIBUTION CENTER
October 18, 2024, 11:04 am

**Forward Expired**

SAN ANTONIO, TX 78216
October 15, 2024, 4:34 pm

**Arrived at USPS Regional Facility**

SAN ANTONIO TX DISTRIBUTION CENTER
October 14, 2024, 11:00 am

Feedback

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                                           ⌄

---

**USPS Tracking Plus®**                                                             ⌄

---

**Product Information**                                                             ⌄

---

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. 24-CV-2727** |
| | * | |
| **FOURTEEN ANCIENT EGYPTIAN** | * | |
| **ARTIFACTS SEIZED BY U.S.** | * | |
| **CUSTOMS AND BORDER** | * | |
| **PROTECTION,** | * | |
| | | |
| **Defendant** | | |

**\*\*\*\*\*\*\***

## NOTICE OF COMPLAINT FOR FORFEITURE

**VIA FIRST CLASS AND CERTIFIED MAIL**

TO:    Ms. Sylvia Ivette Barrera
        950 E. Bitters Rd, Apt. 907
        San Antonia, TX 78216

The <u>enclosed Complaint</u> is sent pursuant to Rule G(4)(b) of the Supplemental Rules of Admiralty

or Maritime Claims and Asset Forfeiture Actions.

1.    DATE OF NOTICE:  October 10, 2024

2.    FORFEITURE COMPLAINT: On September 23, 2024, the United States of

America filed a civil complaint seeking forfeiture, pursuant to 19 U.S.C. § 1595a(c) in the United

States District Court for the District of Maryland, against the following defendant property:

a.    Old Kingdom Limestone Funerary Statue of Seated Elite (20-CBP-000968);

b.    Ancient Egyptian Faience Amulet of the Goddess Hatmehyt from Egypt's
Late Period,664-332 BCE (20-CBP-000969);

c.    Egyptian wooden canopic jar cover from the New Kingdom Period, 19th
Dynasty or later 1300 BCE (20-CBP-000970);

d.    Cypriot Spindle Ware Vessel,New Kingdom Period 1549 to 1075 BCE (20-
CBP-000971);

e.    Painted limestone Shabti from ancient Egypt's New Kingdom period, 1549
to 1075 BCE (20-CPB-000972);

f.    Painted limestone phallic figurine from ancient Egypt's Late Period to Ptolemaic Period, 664-30 BCE (21-CBP-000945);

g.    Painted limestone Egyptian Shabti from ancient Egypt's New Kingdom period, 1549 to 1075 BCE (21-CBP-000946);

h.    Egyptian Calcite/Alabaster Shabti, 1190-1075 BCE (21-CBP-000947);

i.    Painted limestone Egyptian Bed Figurine, New Kingdom Period 1549-1075 BCE (21-CBP-000948);

j.    Egyptian Glazed Phallic Figurine from Egypt's Late Period to Ptolemaic Period, 664-30 BCE (21-CBP-000949);

k.    Faience Shabti Figurine, Late Period to Ptolemaic Period 664-30 BCE (21-CBP-000950);

l.    Pre-Dynastic Vase, 3500-3200 BCE (21-CBP-000951);

m.    Egyptian limestone lug-handled jar, Early Dynastic Period, c. 3000-2600 BCE (21-CBP-000952); and

n.    Egyptian painted wooden Ushabti box, Third Intermediate Period to Late Period, c. 1075-332 BCE (21-CBP-000952).

3.    FILING OF A VERIFIED CLAIM: Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property **must** file a verified claim within **35** days after the date of this notice, if the notice is delivered by mail, or within 35 day of the date of delivery, if the notice personally served and not sent by mail.

4.    CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury (see 28 U.S.C. § 1746).

5.    FILING OF AN ANSWER: If you file a verified claim, then, within 21 days after filing the verified claim, you **must also** file **either** (1) an answer to the Complaint, **or** (2) a motion under Rule 12 of the Federal Rules of Civil Procedure (see Supplemental Rule G(5)(b)).  If you choose to file an answer, the content of your answer is specified in Rule 8(b) of the Federal Rules

of Civil Procedure.  Rule 8(b) requires you to state "in short and plain terms" your "defenses to each claim asserted" in the Complaint, and to "admit or deny the allegations asserted" by the Government in the Complaint.

6.    FILING WITH COURT AND SERVICE ON UNITED STATES: The verified claim and answer **must** be filed with the Office of the Clerk, United States District Court for the District of Maryland, Southern Division, 6500 Cherrywood Lane, Greenbelt, Maryland, 20770, and a copy of the claim and answer or motion must be sent to Steven T. Brantley, Assistant United States Attorney,  6500 Cherrywood Lane, Suite 200, Greenbelt, Maryland 20770.

**Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint.  You may wish to seek legal advice to protect your interests.**

Erek L. Barron
United States Attorney


Encls.                                              By:   /S/_____
                                                        Steven T. Brantley
                                                        Assistant United States Attorney

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70171450000165909092

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to the original sender at 11:12 am on February 28, 2025 in GREENBELT, MD 20770.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, To Original Sender**
GREENBELT, MD 20770
February 28, 2025, 11:12 am

● **Out for Delivery**
GREENBELT, MD 20770
February 28, 2025, 8:41 am

● **Arrived at Post Office**
GREENBELT, MD 20770
February 28, 2025, 8:30 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 27, 2025, 11:20 am

● **In Transit to Next Facility**
February 26, 2025

● **Arrived at USPS Regional Facility**

Feedback

COPPELL TX DISTRIBUTION CENTER
February 25, 2025, 2:27 am

**Arrived at USPS Regional Facility**

OKLAHOMA CITY OK DISTRIBUTION CENTER
February 15, 2025, 6:37 pm

**Unclaimed/Being Returned to Sender**

SAN ANTONIO, TX 78249
February 12, 2025, 10:01 am

**Reminder to Schedule Redelivery of your item**

January 28, 2025

**Notice Left (No Authorized Recipient Available)**

SAN ANTONIO, TX 78255
January 22, 2025, 10:25 am

**Arrived at USPS Regional Facility**

SAN ANTONIO TX DISTRIBUTION CENTER
January 20, 2025, 11:52 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                       ⌄

---

**Product Information**                                                       ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. 24-CV-2727** |
| | * | |
| **FOURTEEN ANCIENT EGYPTIAN** | * | |
| **ARTIFACTS SEIZED BY U.S.** | * | |
| **CUSTOMS AND BORDER** | * | |
| **PROTECTION,** | * | |
| | | |
| **Defendant** | | |

**\*\*\*\*\*\*\***

## NOTICE OF COMPLAINT FOR FORFEITURE

TO:    Mr. Mark Kenneth Ragan

319 Arbutus Drive
Edgewater, Maryland,
21037-3032

The enclosed Complaint is sent pursuant to Rule G(4)(b) of the Supplemental Rules of Admiralty

or Maritime Claims and Asset Forfeiture Actions.

1.    DATE OF NOTICE:  September 23, 2024

2.    FORFEITURE COMPLAINT: On September 23, 2024, the United States of

America filed a civil complaint seeking forfeiture, pursuant to 19 U.S.C. § 1595a(c) in the United

States District Court for the District of Maryland, against the following defendant property:

　　　　a.　　　Old Kingdom Limestone Funerary Statue of Seated Elite (20-CBP-000968);

　　　　b.　　　Ancient Egyptian Faience Amulet of the Goddess Hatmehyt from Egypt's
　　　　　　　　Late Period,664-332 BCE (20-CBP-000969);

　　　　c.　　　Egyptian wooden canopic jar cover from the New Kingdom Period, 19th
　　　　　　　　Dynasty or later 1300 BCE (20-CBP-000970);

　　　　d.　　　Cypriot Spindle Ware Vessel,New Kingdom Period 1549 to 1075 BCE (20-
　　　　　　　　CBP-000971);

e.    Painted limestone Shabti from ancient Egypt's New Kingdom period, 1549 to 1075 BCE (20-CBP-000972);

f.    Painted limestone phallic figurine from ancient Egypt's Late Period to Ptolemaic Period, 664-30 BCE (21-CBP-000945);

g.    Painted limestone Egyptian Shabti from ancient Egypt's New Kingdom period, 1549 to 1075 BCE (21-CBP-000946);

h.    Egyptian Calcite/Alabaster Shabti, 1190-1075 BCE (21-CBP-000947);

i.    Painted limestone Egyptian Bed Figurine, New Kingdom Period 1549-1075 BCE (21-CBP-000948);

j.    Egyptian Glazed Phallic Figurine from Egypt's Late Period to Ptolemaic Period, 664-30 BCE (21-CBP-000949);

k.    Faience Shabti Figurine, Late Period to Ptolemaic Period 664-30 BCE (21-CBP-000950);

l.    Pre-Dynastic Vase, 3500-3200 BCE (21-CBP-000951);

m.    Egyptian limestone lug-handled jar, Early Dynastic Period, c. 3000-2600 BCE (21-CBP-000952); and

n.    Egyptian painted wooden Ushabti box, Third Intermediate Period to Late Period, c. 1075-332 BCE (21-CBP-000952).

3.    FILING OF A VERIFIED CLAIM: Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property **must** file a verified claim within **35** days after the date of this notice, if the notice is delivered by mail, or within 35 day of the date of delivery, if the notice personally served and not sent by mail.

4.    CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury (see 28 U.S.C. § 1746).

5.    FILING OF AN ANSWER: If you file a verified claim, then, within 21 days after filing the verified claim, you **must also** file **either** (1) an answer to the Complaint, **or** (2) a motion under Rule 12 of the Federal Rules of Civil Procedure (see Supplemental Rule G(5)(b)).  If you

choose to file an answer, the content of your answer is specified in Rule 8(b) of the Federal Rules

of Civil Procedure.  Rule 8(b) requires you to state "in short and plain terms" your "defenses to

each claim asserted" in the Complaint, and to "admit or deny the allegations asserted" by the

Government in the Complaint.

6.    FILING WITH COURT AND SERVICE ON UNITED STATES: The verified

claim and answer **must** be filed with the Office of the Clerk, United States District Court for the

District of Maryland, Southern Division, 6500 Cherrywood Lane, Greenbelt, Maryland, 20770,

and a copy of the claim and answer or motion must be sent to Steven Brantley, Assistant United

States Attorney,  6500 Cherrywood Lane, Suite 200, Greenbelt, Maryland 20770.

**Failure to follow the requirements set forth above may result in judgment by default taken**

**against you for relief demanded in the Complaint.  You may wish to seek legal advice to**

**protect your interests.**

Erek L. Barron
United States Attorney


Encls.                              By:    /S/_____
                                          Steven T. Brantley
                                          Assistant United States Attorney

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark Kenneth Ragan
319 Arbutus Drive
Edgewater, Maryland, 21037-3032

A. Signature

X _____   ☑ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

Elizabeth Simmons    9/26/2

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 4422 8248 0018 90

2. Article Number (Transfer from service label)

7018 2290 0002 1460 7791

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



USPS TRACKING #

9590 9402 4422 8248 0018 90

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Nicole Orlovitz
U.S. Attorney Office – District of MD
6500 Cherrywood Lane, Suite 200
Greenbelt, MD 20770

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. 24-CV-2727** |
| | * | |
| **FOURTEEN ANCIENT EGYPTIAN** | * | |
| **ARTIFACTS SEIZED BY U.S.** | * | |
| **CUSTOMS AND BORDER** | * | |
| **PROTECTION,** | * | |
| | | |
| **Defendant** | | |

*******

## NOTICE OF COMPLAINT FOR FORFEITURE

**SERVICE VIA REPRESENTATIVE AUTHORIZED BY THE CENTRAL AUTHORITY OF THE KINGDOM OF THAILAND**

TO:    FADA Trading Co. Ltd.
        C/O Javed Ahmed
        101/2 Phuttabucha 39 Yaek1-1
        Thungkhru Bangkok 10140

The enclosed Complaint is sent pursuant to Rule G(4)(b) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

1.    DATE OF NOTICE:  September 23, 2024

2.    FORFEITURE COMPLAINT: On September 23, 2024, the United States of America filed a civil complaint seeking forfeiture, pursuant to 19 U.S.C. § 1595a(c) in the United States District Court for the District of Maryland, against the following defendant property:

    a.    Old Kingdom Limestone Funerary Statue of Seated Elite (20-CBP-000968);

    b.    Ancient Egyptian Faience Amulet of the Goddess Hatmehyt from Egypt's Late Period,664-332 BCE (20-CBP-000969);

    c.    Egyptian wooden canopic jar cover from the New Kingdom Period, 19th Dynasty or later 1300 BCE (20-CBP-000970);

    d.    Cypriot Spindle Ware Vessel,New Kingdom Period 1549 to 1075 BCE (20-CBP-000971);

e.  Painted limestone Shabti from ancient Egypt's New Kingdom period, 1549 to 1075 BCE (20-CBP-000972);

f.  Painted limestone phallic figurine from ancient Egypt's Late Period to Ptolemaic Period, 664-30 BCE (21-CBP-000945);

g.  Painted limestone Egyptian Shabti from ancient Egypt's New Kingdom period, 1549 to 1075 BCE (21-CBP-000946);

h.  Egyptian Calcite/Alabaster Shabti, 1190-1075 BCE (21-CBP-000947);

i.  Painted limestone Egyptian Bed Figurine, New Kingdom Period 1549-1075 BCE (21-CBP-000948);

j.  Egyptian Glazed Phallic Figurine from Egypt's Late Period to Ptolemaic Period, 664-30 BCE (21-CBP-000949);

k.  Faience Shabti Figurine, Late Period to Ptolemaic Period 664-30 BCE (21-CBP-000950);

l.  Pre-Dynastic Vase, 3500-3200 BCE (21-CBP-000951);

m.  Egyptian limestone lug-handled jar, Early Dynastic Period, c. 3000-2600 BCE (21-CBP-000952); and

n.  Egyptian painted wooden Ushabti box, Third Intermediate Period to Late Period, c. 1075-332 BCE (21-CBP-000952).

3.    FILING OF A VERIFIED CLAIM: Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property **must** file a verified claim within **35** days after the date of this notice, if the notice is delivered by mail, or within 35 day of the date of delivery, if the notice personally served and not sent by mail.

4.    CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury (see 28 U.S.C. § 1746).

5.    FILING OF AN ANSWER: If you file a verified claim, then, within 21 days after filing the verified claim, you **must also** file **either** (1) an answer to the Complaint, **or** (2) a motion under Rule 12 of the Federal Rules of Civil Procedure (see Supplemental Rule G(5)(b)).  If you

choose to file an answer, the content of your answer is specified in Rule 8(b) of the Federal Rules of Civil Procedure.  Rule 8(b) requires you to state "in short and plain terms" your "defenses to each claim asserted" in the Complaint, and to "admit or deny the allegations asserted" by the Government in the Complaint.

6.     FILING WITH COURT AND SERVICE ON UNITED STATES: The verified claim and answer **must** be filed with the Office of the Clerk, United States District Court for the District of Maryland, Southern Division, 6500 Cherrywood Lane, Greenbelt, Maryland, 20770, and a copy of the claim and answer or motion must be sent to Steven Brantley, Assistant United States Attorney,  6500 Cherrywood Lane, Suite 200, Greenbelt, Maryland 20770.

**Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint.  You may wish to seek legal advice to protect your interests.**

Erek L. Barron
United States Attorney


Encls.                                    By:   /S/_____
                                               Steven T. Brantley
                                               Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. 24-CV-2727** |
| | * | |
| **FOURTEEN ANCIENT EGYPTIAN** | * | |
| **ARTIFACTS SEIZED BY U.S.** | * | |
| **CUSTOMS AND BORDER** | * | |
| **PROTECTION,** | * | |
| | | |
| **Defendant** | | |

**\*\*\*\*\*\*\***

## NOTICE OF COMPLAINT FOR FORFEITURE

**SERVICE VIA REPRESENTATIVE AUTHORIZED BY THE CENTRAL AUTHORITY OF THE KINGDOM OF THAILAND**

TO:    Century Arts Co. Ltd
        1336 Charoen Krung Road, Suriya Wong,
        Bang Rak, Bangkok 10500, Thailand

The enclosed Complaint is sent pursuant to Rule G(4)(b) of the Supplemental Rules of Admiralty

or Maritime Claims and Asset Forfeiture Actions.p

1.    DATE OF NOTICE:  September 23, 2024

2.    FORFEITURE COMPLAINT: On September 23, 2024, the United States of

America filed a civil complaint seeking forfeiture, pursuant to 19 U.S.C. § 1595a(c) in the United

States District Court for the District of Maryland, against the following defendant property:

a.    Old Kingdom Limestone Funerary Statue of Seated Elite (20-CBP-000968);

b.    Ancient Egyptian Faience Amulet of the Goddess Hatmehyt from Egypt's Late Period,664-332 BCE (20-CPB-000969);

c.    Egyptian wooden canopic jar cover from the New Kingdom Period, 19th Dynasty or later 1300 BCE (20-CPB-000970);

d.    Cypriot Spindle Ware Vessel,New Kingdom Period 1549 to 1075 BCE (20-CBP-000971);

e.    Painted limestone Shabti from ancient Egypt's New Kingdom period, 1549 to 1075 BCE (20-CBP-000972);

      f.      Painted limestone phallic figurine from ancient Egypt's Late Period to Ptolemaic Period, 664-30 BCE (21-CBP-000945);

      g.      Painted limestone Egyptian Shabti from ancient Egypt's New Kingdom period, 1549 to 1075 BCE (21-CBP-000946);

      h.      Egyptian Calcite/Alabaster Shabti, 1190-1075 BCE (21-CBP-000947);

      i.      Painted limestone Egyptian Bed Figurine, New Kingdom Period 1549-1075 BCE (21-CBP-000948);

      j.      Egyptian Glazed Phallic Figurine from Egypt's Late Period to Ptolemaic Period, 664-30 BCE (21-CBP-000949);

      k.      Faience Shabti Figurine, Late Period to Ptolemaic Period 664-30 BCE (21-CBP-000950);

      l.      Pre-Dynastic Vase, 3500-3200 BCE (21-CBP-000951);

      m.      Egyptian limestone lug-handled jar, Early Dynastic Period, c. 3000-2600 BCE (21-CBP-000952); and

      n.      Egyptian painted wooden Ushabti box, Third Intermediate Period to Late Period, c. 1075-332 BCE (21-CBP-000952).

3.      FILING OF A VERIFIED CLAIM: Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property **must** file a verified claim within **35** days after the date of this notice, if the notice is delivered by mail, or within 35 day of the date of delivery, if the notice personally served and not sent by mail.

4.      CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury (see 28 U.S.C. § 1746).

5.      FILING OF AN ANSWER: If you file a verified claim, then, within 21 days after filing the verified claim, you **must also** file **either** (1) an answer to the Complaint, **or** (2) a motion under Rule 12 of the Federal Rules of Civil Procedure (see Supplemental Rule G(5)(b)).  If you

choose to file an answer, the content of your answer is specified in Rule 8(b) of the Federal Rules

of Civil Procedure.  Rule 8(b) requires you to state "in short and plain terms" your "defenses to

each claim asserted" in the Complaint, and to "admit or deny the allegations asserted" by the

Government in the Complaint.

6.      FILING WITH COURT AND SERVICE ON UNITED STATES: The verified

claim and answer **must** be filed with the Office of the Clerk, United States District Court for the

District of Maryland, 6500 Cherrywood Lane, Greenbelt, Maryland, 20770, and a copy of the

claim and answer or motion must be sent to Steven T. Brantley, Assistant United States Attorney,

6500 Cherrywood Lane, Suite 200, Greenbelt, Maryland 20770.

**Failure to follow the requirements set forth above may result in judgment by default taken**

**against you for relief demanded in the Complaint.  You may wish to seek legal advice to**

**protect your interests.**

Erek L. Barron
United States Attorney


Encls.                          By:    /S/_____
                                       Steven T. Brantley
                                       Assistant United States Attorney

Attorney General Office
Receipt no. 31169/2568
Date: 16 July 2025
Time: 14:04

Foreign Affairs Division
Date: 17 July 2025
Time: 10:47
Receipt no. 1840

[Royal Emblem]

No. TC 0002.3/5413

To: Office of the Attorney General

According to the letter of the Office of the Attorney General No. AS 0005.2/2330 dated 13 February 2025, sending a request for international cooperation in criminal matters of the United States of America, for assistance in the investigation of Century Art Co., Ltd. and FADA Trading Co., Ltd., (14 ancient Egyptian artifacts seized by the United States Customs and Border Protection) in having the Royal Thai Police send a court warrant and copy of the property forfeiture litigation with supporting documents to Century Art Co., Ltd. and FADA Trading Co., Ltd., and the letter of the Office of the Attorney General No. AS 0005.2/530 dated 9 June 2025, to follow up on the progress of the proceedings.

The Royal Thai Police, through the Crime Suppression Division, Central Investigation Bureau, has proceeded in accordance with the request. Details are provided in the attached document, which contains 9 pages.

Kindly be advised.

The Royal Thai Police
14 July 2025
[Seal of the Royal Thai Police]

Foreign Affairs Division
Telephone:    0 2205 3034
Fax:          0 2253 3856

SFKT 2
Date: 18 July 2025
Time: 09:21
Receipt no. 564

| Inter-Pol Section & Regional coordination 2 TT<br>Receipt no. 2007<br>Date: 08 July 2025<br>Time: 15.57.02 | | Foreign Affairs Division<br>Receipt no. 6348<br>Date: 08 July 2025<br>Time: 15:04 |
|---|---|---|

[Royal Emblem]

# Memorandum

Official: Central Investigation Bureau

No. 0026.182/5842

Telephone: 0 2191 9191 ext. 2801

Date: 7 July 2025

Subject:      Report on Progress and Outcomes of the United States government's request for international cooperation in criminal matters involving Century Art Co., Ltd. and FADA Trading Co., Ltd.

Chief of the Foreign Affairs Division

　　　　According to the letter of the Foreign Affairs Division No. 0002.3/1973 dated 12 March 2025, notifying the Central Investigation Bureau to proceed according to the orders of the Royal Thai Police dated 11 March 2025, at the end of the letter of the Foreign Affairs Division No. 0002.3/1656 dated 27 February 2025, regarding the government of the United States of America requesting international cooperation in criminal matters, for assistance in investigating Century Art Co., Ltd. and FADA Trading Co., Ltd. (14 ancient Egyptian artifacts seized by the United States Customs and Border Protection). The request is that the court warrant and a copy of the property forfeiture litigation along with documents be sent to both companies.

　　　　The Central Investigation Bureau has assigned the Crime Suppression Division to deliver the documents to the two companies as requested. FADA Trading Co., Ltd. has now changed its name to KUNZITE GEMS Co., Ltd. The investigators have therefore delivered the requested documents to the companies. Details are shown in the attached five-page document.

　　　　Kindly be advised.

　　　　　　　　　　　Police Major General      [signature]
　　　　　　　　　　　　　　　　　　　(Sopon Saraphat)
　　　　　　　　　　　Deputy Commander-in-Chief of the Central Investigation Bureau

<table>
<tr><td>

Inter-Pol Section & Regional
coordination 2 TT
Receipt no. <u>1955</u>
Date: <u>3 July 2025</u>
Time: <u>11.48</u>
</td><td>

Foreign Affairs Division
Receipt no. <u>6144</u>
Date: <u>03 July 2025</u>
Time: <u>11:29</u>
</td></tr>
</table>

[Royal Emblem]

# Memorandum

Official: Crime Suppression Division, Unit 1          Telephone: 0 2191 9191 ext. 2801

No. 0026.21/**5346**                                   Date: 1 July 2025

Subject:          Report on the results of the operation in the case of requesting international cooperation in criminal matters of the United States of America

To:              Chief of the Foreign Affairs Division

As the Foreign Affairs Division has issued a letter No. 0002.3/1656 dated 27 February 2025, regarding the government of the United States of America requesting international cooperation in criminal matters of the United States of America, in the case of requesting assistance in the investigation of Century Art Co., Ltd. and FADA Trading Co., Ltd. (14 ancient Egyptian artifacts seized by the US Customs and Border Protection) to the investigating officer of Unit 1, Crime Suppression Division, requesting that documents of Exhibit A (Evidence A) and Exhibit B (Evidence B) be sent to the two companies mentioned above and to report the results of the operation to the Foreign Affairs Division, with the Central Investigation Bureau instructed to proceed as ordered.

Crime Suppression Division, Unit 1, has already carried out according to the order. Details are shown in the attached documents, 6 pages. Please be informed that FADA Trading Co., Ltd. has now changed its name to KUNZITE GEMS Co., Ltd. The investigating officer has therefore sent documents of Exhibit A (Evidence A) and Exhibit B (Evidence B) to KUNZITE GEMS Co., Ltd. to accept instead. If there are any questions, please contact Police Captain Sapongthan Kaewjunan, Deputy Inspector (Investigation), Unit 1, Crime Suppression Division, Telephone 087 978 5335, the responsible investigating officer.

Kindly be advised for your consideration.

Police Lieutenant Colonel [signature]
(Adisorn Kaewmodetad)
Deputy Commander (Investigation), Chief of Investigation, Unit 1, Crime Suppression Division

Crime Suppression Division, Unit 1
Police Captain Sapongthan Kaewjunan, Deputy Inspector (Investigation)
Telephone: 087-978-5335

Appendix C

Certificate of Delivery of Warrant, Notice of Proceeding for Forfeiture of Property

Plaintiff:        United States of America

Defendant:    Fourteen Ancient Egyptian Artifacts seized by the U.S. Customs and Border Protection
              agents

Address:       FADA Trading Co., Ltd.
              Under the care of Javed Ahmed
              101/2 Phutthabucha Road 39, Intersection 1-1, Thung Khru District, Bangkok 10140
              Thailand

Type:          Provisions for delivery of warrant, notice of proceeding for forfeiture of property

I, Police Captain Sapongthorn Kaewjunan, acting on behalf of the relevant authorities of the Kingdom of
Thailand in response to a request for legal assistance from the United States of America, hereby certify in
accordance with the instructions set forth in the referenced request.

1    I have sent the notice of proceeding for forfeiture of property on 29 April ~~2024~~ 2025 to the
     following address.
     919/1 Jewelry Trade Center Building, Booth No. JBD, 049 Silom Road, Silom Sub-district, Bang Rak
     District, Bangkok                                                                            .
                              (Address, Road, City, Country)


     By one of the following methods (circle the appropriate option):
     a. By sending it to the person whose name is on the recipient list, who receives it voluntarily.
     **(b.)** By mail or other service provider as permitted under the laws of the Kingdom of Thailand.

     The documents referred to herein have been delivered.
     (It appears as proof on the EMS delivery receipt)                                     .
                         (Name and details of the recipient of the document)
     _____ .
                    (Relationship to the named recipient, such as family, business, or others.)


2    The notice of proceedings for forfeiture of property was not sent to the addressee specified above
     for the following reasons: (Please describe the steps taken to locate and deliver the document to
     the recipient.)

_____ .

I hereby certify that the above information is true and correct.

<u>Police Captain [signature]</u>
Signature of the sworn official

Proceeded on today, <u>29 April ~~2024~~ 2025</u>

Appendix D

Certificate of Delivery of Warrant, Notice of Proceeding for Forfeiture of Property

Plaintiff:      United States of America

Defendant:   Fourteen Ancient Egyptian Artifacts seized by the U.S. Customs and Border Protection
             agents

Address:     Century Arts Co., Ltd.
             1336 Charoen Krung Road, Suriyawong Sub-district, Bang Rak District, Bangkok 10500,
             Thailand

Type:        Provisions for delivery of warrant, notice of proceeding for forfeiture of property

I, Police Captain Sapongthorn Kaewjunan, acting on behalf of the relevant authorities of the Kingdom of
Thailand in response to a request for legal assistance from the United States of America, hereby certify in
accordance with the instructions set forth in the referenced request.

1   I have sent the notice of proceeding for forfeiture of property on 1 April ~~2024~~ 2025 to the following
    address.
    1336 Charoen Krung Road, Suriyawong Sub-district, Bang Rak District, Bangkok              .
                        (Address, Road, City, Country)

    By one of the following methods (circle the appropriate option):

    a. By sending it to the person whose name is on the recipient list, who receives it voluntarily.
    **(b.)** By mail or other service provider as permitted under the laws of the Kingdom of Thailand.

    The documents referred to herein have been delivered.
    (It appears as proof on the EMS delivery receipt)                                    .
                        (Name and details of the recipient of the document)

                                                                                          .
                (Relationship to the named recipient, such as family, business, or others.)

2   The notice of proceedings for forfeiture of property was not sent to the addressee specified above
    for the following reasons: (Please describe the steps taken to locate and deliver the document to
    the recipient.)

_____ .

I hereby certify that the above information is true and correct.

Police Captain [signature]
Signature of the sworn official

Proceeded on today, 1 April ~~2024~~ 2025

**EMS**

**EMS Domestic/ADVICE of receipt**

Please complete sender's address at the front and addressee's address including other information required at the back.

Sender's name and address

Pol.Capt. Sapongthan Kaewjunan

Crime Suppression Division, Unit 1

Phahonyothin Rd., Chom Phon Sub-Dist.

Chatuchak District, Bangkok

Postal Code:           10900

**EMS Express Mail**

☐ Delivered       ☐ Final Station

Date:              ☐ 12:00pm ☐ 4:30pm

                       ☐ 8:30pm

**EM 0558 9244 9 TH**

---

**Name and Address of Recipient**

Name: Managing Director of KUNZITE GEMS Co., Ltd.

Address: 919/1 Jewelry Trade Center Building

Boothh No. JBD, 049 Silom Road, Silom Sub-district

Bang Rak Dist., Bangkok          Postal Code 10500

Drop off at post office:

Lad Phrao Intersection

Date: 29  Month: April  Year: 2025

1.

Date Stamp
Origin Station

Official Use Only

EMS number
On Label
92435

Advice of Receipt                    Above EMS received

Date:  6  Month: May  Year: 2025     Time:

Addressee or Representative

Signature of Addressee/Authorized Person: [signature]

Printed Name (            )

Relation with Addressee:

Signature of Postman:

(Mr. Athiphon Samankaew)

2.

Date Stamp
Return Station

True copy
Police Captain   [signature]
(Sapongthan Kaewjunan)
Deputy Inspector (Investigation), Crime Suppression Division, Unit 1

**EMS**

**EMS Domestic/ADVICE of receipt**

Please complete sender's address at the front and addressee's address including other information  required at the back.

Sender's name and address

Pol.Capt. Sapongthan Kaewjunan

Crime Suppression Division, Unit 1

Phahonyothin Rd., Chom Phon Sub-Dist.

Chatuchak District, Bangkok

Postal Code:                    10900

**EMS Express Mail**

☐ Delivered        ☐ Final Station

Date:              ☐ 12:00pm ☐ 4:30pm

                      ☐ 8:30pm

**EM 2228 6034 7 TH**

---

**Name and Address of Recipient**

Name: Managing Director of Century Art Co., Ltd.

Address: 1336 Charoen Krung Rd., Suriyawong Sub-district

Bang Rak District, Bangkok

Postal Code 10500

Drop off at post office:

Lad Phrao Intersection

Date: 1  Month: April Year: 2025

1.

Date Stamp
Origin Station

Official Use Only
EMS number
On Label
60333

Advice of Receipt                    Above EMS received

Date:  2  Month: April  Year: 2025      Time: (illligible)

Addressee or Representative

Signature of Addressee/Authorized Person: [signature]

Printed Name (        signature          )

Relation with Addressee:

Signature of Postman:

[signature]

2.

Date Stamp
Return Station

True copy
Police Captain    [signature]
(Sapongthan Kaewjunan)
Deputy Inspector (Investigation), Crime Suppression Division, Unit 1

**DUPLICATE**

[Royal Emblem]

No. TC 0026.21(21)/2253

Unit 1
Crime Suppression Division
Phahonyothin Road, Chom Phon Sub-district,
Chatuchak District, Bangkok 10900

1 April 2025

Subject:        Delivering documents as requested by the United States of America

To:             Managing Director of Century Art Co., Ltd.

The Foreign Affairs Division of the Royal Thai Police has issued a letter No. 0002.3/1656 dated 27 February 2025, regarding the government of the United States of America requesting international cooperation in criminal matters of the United States of America, for assistance in the investigation of Century Art Co., Ltd. and FADA Trading Co., Ltd. (14 ancient Egyptian artifacts seized by the United States Customs and Border Protection) by the investigator of Unit 1, Crime Suppression Division, that documents Exhibit A (Evidence A) and Exhibit B (Evidence B) be delivered to you. The details are as shown in the attached documents "Exhibit A – FADA Package" and "Exhibit B Century Art Package."

If you have any questions, please contact Police Captain Sapongthon Kaewjunan at 087 978 5335, who is the police officer coordinating this operation.

Kindly be advised for your consideration.

Respectfully yours,

Police Lieutenant Colonel [signature]
                    (Adisorn Kaewmodetad)
Acting Deputy Commander (Investigation),
Commander of Unit 1, Crime Suppression Division

True copy
Police Captain   [signature]
                (Sapongthan Kaewjunan)
Deputy Inspector (Investigation), Crime Suppression Division, Unit 1

Police Captain Sapongthan Kaewjunan, Investigator
087 978 5335

**DUPLICATE**

[Royal Emblem]

No. TC 0026.21(21)/2252

Unit 1
Crime Suppression Division
Phahonyothin Road, Chom Phon Sub-district,
Chatuchak District, Bangkok 10900

1 April 2025

Subject:     Delivering documents as requested by the United States of America

To:          Managing Director of FADA Trading Co., Ltd.

The Foreign Affairs Division of the Royal Thai Police has issued a letter No. 0002.3/1656 dated 27 February 2025, regarding the government of the United States of America requesting international cooperation in criminal matters of the United States of America, for assistance in the investigation of Century Art Co., Ltd. and FADA Trading Co., Ltd. (14 ancient Egyptian artifacts seized by the United States Customs and Border Protection) by the investigator of Unit 1, Crime Suppression Division, that documents Exhibit A (Evidence A) and Exhibit B (Evidence B) be delivered to you. The details are as shown in the attached documents "Exhibit A – FADA Package" and "Exhibit B Century Art Package."

If you have any questions, please contact Police Captain Sapongthon Kaewjunan at 087 978 5335, who is the police officer coordinating this operation.

Kindly be advised for your consideration.

Respectfully yours,

Police Lieutenant Colonel [signature]
                    (Adisorn Kaewmodetad)
Acting Deputy Commander (Investigation),
Commander of Unit 1, Crime Suppression Division

True copy
Police Captain   [signature]
              (Sapongthan Kaewjunan)
Deputy Inspector (Investigation), Crime Suppression Division, Unit 1

Police Captain Sapongthan Kaewjunan, Investigator
087 978 5335



สำนักงานอัยการสูงสุด
วันที่ 1 6 ก.ค. 2568
เวลา 14.04 น.

คก. 24/2568 (สผกต.2)

ที่ ตช 0002.7/ 2463

สำนักงานต่างประเทศ
วันที่ 1 ส.ค.
เวลา 10.47 น.
เลขรับที่ 1540

ถึง   สำนักงานอัยการสูงสุด

          ตามหนังสือสำนักงานอัยการสูงสุด ที่ อส 0005.2/2330 ลงวันที่ 13 กุมภาพันธ์ 2568
ส่งคำร้องขอความร่วมมือระหว่างประเทศในเรื่องทางอาญาของทางการสหรัฐอเมริกา กรณีขอความช่วยเหลือ
ในการสืบสวน บริษัท เซ็นจูรี่ อาร์ต จำกัด (Century Arts Co.,Ltd.) และ บริษัท ฟาดา เทรดดิ้ง จำกัด
(FADA Trading Co.,Ltd.) (โบราณวัตถุยุคอียิปต์โบราณ จำนวน 14 ชิ้น ที่กรมศุลกากรและป้องกันชายแดน
สหรัฐอเมริกายึดไว้) ในการให้สำนักงานตำรวจแห่งชาติ ส่งหมายศาลและสำเนาคำฟ้องคดีริบทรัพย์สิน
พร้อมเอกสารประกอบให้แก่บริษัท เซ็นจูรี่ อาร์ต จำกัด (Century Arts Co.,Ltd.) และ บริษัท ฟาดา เทรดดิ้ง
จำกัด (FADA Trading Co.,Ltd.) และหนังสือสำนักงานอัยการสูงสุด ที่ อส 0005.2/5310 ลงวันที่ 9 มิถุนายน
2568 ติดตามความคืบหน้าการดำเนินการ นั้น

          สำนักงานตำรวจแห่งชาติ โดยกองบังคับการปราบปราม กองบัญชาการตำรวจสอบสวนกลาง
ได้ดำเนินการตามคำร้องขอดังกล่าวแล้ว รายละเอียดปรากฏตามเอกสารแนบ จำนวน 9 แผ่น

          จึงเรียนมาเพื่อโปรดทราบ



สำนักงานตำรวจแห่งชาติ
15 กรกฎาคม 2568

กองการต่างประเทศ
โทรศัพท์ 0 2205 3034
โทรสาร   0 2253 3456

สฝกต.2
วันที่ 18 ก.ค. 2568
เวลา 09.21
เลขรับ 564

เลขรับ............2007............
วันที่............08/07/68............
เวลา............15.57.02............

กองการต่างประเทศ
เลขรับ............6548............
วันที่ 0 8 ก.ค. 2568
เวลา............15.04............

# บันทึกข้อความ

**ส่วนราชการ** บช.ก.                          โทร. ๐ ๒๒๗๑ ๙๑๙๑ ต่อ ๒๔๐๑

**ที่** ๐๐๒๖.๑๘๒/ จ ๔ ๔ ไช                    **วันที่** ๗ กรกฎาคม ๒๕๖๘

**เรื่อง** รายงานความคืบหน้าและรายงานผลการดำเนินการ ทางการสหรัฐอเมริกาขอความร่วมมือระหว่างประเทศ
ในเรื่องทางอาญา กรณี บริษัท เซ็นจูรี่ อาร์ต จำกัด (Century Art Co.,Ltd.) และบริษัท ฟาดา เทรดดิ้ง จำกัด
(FADA Trading Co.,Ltd.)

**ผบก.ตท.**

      ตามหนังสือ ตท. ที่ ๐๐๐๒.๓/๑�custom๗๓ ลง ๑๒ มี.ค.๖๘ แจ้งให้ บช.ก. ดำเนินการตามสั่งการ ตร.
ลง ๑๑ มี.ค.๖๘ ท้ายหนังสือ ตท. ที่ ๐๐๐๒.๓/๑๖๕๖ ลง ๒๗ ก.พ.๖๘ เรื่อง ทางการสหรัฐอเมริกาขอความ
ร่วมมือระหว่างประเทศในเรื่องทางอาญา กรณีขอความช่วยเหลือในการสืบสวน บริษัท เซ็นจูรี่ อาร์ต จำกัด
(Century Art Co.,Ltd.) และบริษัท ฟาดา เทรดดิ้ง จำกัด (FADA Trading Co.,Ltd.) (โบราณวัตถุคอยิปต์โบราณ
จำนวน ๑๔ ชิ้น ที่กรมศุลกากรป้องกันชายแดนสหรัฐอเมริกายึดไว้) โดยขอให้จัดส่งหมายศาลและสำเนา
คำฟ้องคดีริบทรัพย์สินพร้อมเอกสารให้กับทั้งสองบริษัทดังกล่าว นั้น

      บช.ก. มอบหมายให้ บก.ป. ดำเนินการจัดส่งเอกสารไปยังสองบริษัทตามคำร้องขอดังกล่าวแล้ว
ทั้งนี้ บริษัท ฟาดา เทรดดิ้ง จำกัด ปัจจุบันได้เปลี่ยนชื่อเป็น บริษัท คูนไชต์ เจมส์ จำกัด พนักงานสอบสวนจึงได้ส่ง
เอกสารตามที่ร้องขอไปยังบริษัทดังกล่าว รายละเอียดปรากฏตามเอกสารที่แนบมาพร้อมนี้ จำนวน ๕ แผ่น

      จึงแจ้งมาเพื่อทราบ

พล.ต.ต.

(โสภณ สารพัฒน์)
รอง ผบช.ก.ปรท.ผบช.ก.

เลขรับ......1955......
วันที่......30 ก.ค. 68......
เวลา......11:49......

เลขรับ......6144......
วันที่ 03 ก.ค. 2568
เวลา......11.29......

**บันทึกข้อความ**

**ส่วนราชการ**   กก.๑ บก.ป.

**ที่**  ๐๐๒๖.๒๑ / ๖๓๖๖                              **วันที่** ๒ กรกฎาคม ๒๕๖๘

**เรื่อง**   รายงานผลการปฏิบัติ กรณี ขอความร่วมมือระหว่างประเทศในเรื่องทางอาญาของทางการสหรัฐอเมริกา

**เรียน**   ผบก.ตท.

ด้วย ตท. ได้มีหนังสือ ที่ ๐๐๐๒.๓/๑๖๕๖ ลงวันที่ ๒๗ ก.พ. ๖๘ เรื่อง ทางการสหรัฐอเมริกาขอ
ความร่วมมือระหว่างประเทศในเรื่องทางอาญาของทางการสหรัฐอเมริกา กรณีขอความช่วยเหลือในทางสืบสวน
บริษัท เซ็นจูรี่ อาร์ต จำกัด (Century Arts Co.,Ltd.) และ บริษัท ฟาดา เทรดดิ้ง จำกัด (FADA Trading Co.,Ltd.)
(โบราณวัตถุยุคอียิปต์โบราณ จำนวน ๑๔ ชิ้น ที่กรมศุลกากรและป้องกันชายแดนสหรัฐอเมริกายึดไว้) มายัง
พนักงานสอบสวน กก.๑ บก.ป. ขอให้ส่งเอกสาร Exhibit A (หลักฐาน A) และ Exhibit B (หลักฐาน B) ให้แก่บริษัท
ทั้งสองดังกล่าวข้างต้น และรายงานผลการปฏิบัติให้ ตท. ทราบ โดยให้ บช.ก.ดำเนินการตามสั่งการ นั้น

กก.๑ บก.ป. ได้ดำเนินการตามข้อสั่งการ เป็นที่เรียบร้อยแล้ว รายละเอียดปรากฏตามเอกสารแนบ
จำนวน ๖ แผ่น ทั้งนี้ขอเรียนให้ท่านทราบว่า บริษัท ฟาดา เทรดดิ้ง จำกัด ปัจจุบันได้เปลี่ยนชื่อเป็น บริษัท คุนไซต์
เจมส์ จำกัด หรือ KUNZITE GEMS CO., LTD. พนักงานสอบสวน จึงได้จัดส่งเอกสาร Exhibit A (หลักฐาน A) และ
Exhibit B (หลักฐาน B) ให้แก่ บริษัท คุนไซต์ เจมส์ จำกัด รับไว้แทน หากมีข้อสงสัยประการใดโปรดติดต่อ
ร.ต.อ.สพงษ์ธรรศน์ แก้วจุนันท์ รอง สว.(สอบสวน) กก.๑ บก.ป. โทร.๐๘๗ ๙๗๘ ๕๑๓๕ พนักงานสอบสวน
ผู้รับผิดชอบ

จึงเรียนมาเพื่อโปรดพิจารณา

พ.ต.ท. *(signature)*
( อติศร แก้วโหมดตาด )
รอง ผกก.(สอบสวน) หน.งานสอบสวน กก.๑ บก.ป.

กองกำกับการ ๑ กองบังคับการปราบปราม
ร.ต.อ.สพงษ์ธรรศน์ แก้วจุนันท์ รอง สว.(สอบสวน)ฯ
โทร. ๐๘๗-๙๗๘-๕๑๓๕

## เอกสารแนบท้าย C

### หนังสือรับรองการนำส่งหมาย แจ้งการดำเนินคดีของการยึดทรัพย์สิน

โจทก์:      ประเทศสหรัฐอเมริกา

จำเลย:      วัตถุโบราณชาวอียิปต์ สิบสี่ชิ้น
            ที่ถูกยึดโดยเจ้าหน้าที่ศุลกากรและการป้องกันชายแดนสหรัฐอเมริกา

ที่อยู่:      FADA Trading Co. Ltd (บริษัท ฟาดา เทรดดิ้ง จำกัด)
            ในการดูแลของ Javed Ahmed
            101/2 ถนนพุทธบูชา 39 แยก 1-1 เขตทุ่งครุ กรุงเทพ
            10140 ประเทศไทย

ประเภท:     บทบัญญัติการนำส่งหมาย แจ้งการดำเนินคดีของการยึดทรัพย์สิน

ข้าพเจ้า **ร.ต.อ. สุพงษ์ ธงงศน       แก้วอุ่นเท่า**
ดำเนินการในนามของผู้มีอำนาจหน้าที่ที่เกี่ยวข้องของราชอาณาจักรไทยตามคำร้องขอความช่วยเหลือทางกฎหมายจา
กประเทศสหรัฐอเมริกา ขอรับรองตามคำแนะนำที่ระบุไว้ในคำร้องขอที่อ้างถึง:

1. ที่ข้าพเจ้าได้นำส่งหมาย แจ้งการดำเนินคดีของการยึดทรัพย์สิน เมื่อ _____ วันที่
   **๒๕ เมษายน** พ.ศ. ~~2567~~ ไปยังที่อยู่ต่อไปนี้:
   **2568,**
   **๙๑๙/๒ อาคารจิวเวลรี่ เทรด เซ็นเตอร์ บริเวณที่ JBD 0๕๙ ชั้นที่๒๕ ถนน**
   (ที่อยู่ ถนน เมือง ประเทศ)  **แบวรี่สีลม เขตบางรัก กรุงเทพฯ**

   โดยวิธีใดวิธีหนึ่งดังต่อไปนี้ (วงกลมตัวเลือกที่เหมาะสม)

   a.  โดยถึงมือผู้ที่มีชื่อเป็นผู้รับ ที่รับด้วยความสมัครใจ
   (b.)  โดยส่งทางไปรษณีย์หรือผู้ให้บริการอื่น ๆ ตามที่ยอมรับได้ภายใต้กฎหมายของราชอาณาจักรไทย

   เอกสารที่อ้างถึงในที่นี้ได้รับการส่งถึงแล้ว

   **(ปรากฏตามหลักฐานใบตอบรับ EMS)**
   (ชื่อและรายละเอียดของผู้รับเอกสาร)

   _____
   (ความสัมพันธ์กับผู้ที่มีชื่อเป็นผู้รับ เช่น ครอบครัว ธุรกิจ หรืออื่น ๆ)

2. ที่หนังสือแจ้งการดำเนินการรับทรัพย์สินมิได้ถูกส่งถึงผู้รับที่ระบุไว้ข้างต้นด้วยเหตุผลต่อไปนี้
   (โปรดอธิบายขั้นตอนที่ดำเนินการเพื่อค้นหาและส่งมอบเอกสารให้แก่ผู้รับ)

ข้าพเจ้าขอยืนยันว่าข้อความข้างต้นเป็นความจริงและถูกต้อง

ร.ต.อ.

ลายมือชื่อของผู้ให้คำสาบาน

ดำเนินการเมื่อ วันนี้ **๒๙** วันที่ **เมษายน** พ.ศ. ~~2567~~

**2568**

<u>เอกสารแนบท้าย D</u>

<u>หนังสือรับรองการนำส่งหมาย แจ้งการดำเนินคดีของการยึดทรัพย์สิน</u>

| | |
|---|---|
| โจทก์: | ประเทศสหรัฐอเมริกา |
| จำเลย: | วัตถุโบราณชาวอียิปต์ สิบสี่ชิ้น |
| | ที่ถูกยึดโดยเจ้าหน้าที่ศุลกากรและการป้องกันขายแดนสหรัฐอเมริกา |
| ที่อยู่: | Century Arts Co. Ltd (บริษัท เซ็นจูรี่ อาร์ต จำกัด) |
| | 1336 ถนนเจริญกรุง แขวงสุริยวงศ์ เขตบางรัก กรุงเทพ |
| | 10500 ประเทศไทย |
| ประเภท: | บทบัญญัติการนำส่งหมาย แจ้งการดำเนินคดีของการยึดทรัพย์สิน |

ข้าพเจ้า **ว.ท.อ.สพรรษ ธงหล่น แก้วจินันท**
ดำเนินการในนามของผู้มีอำนาจหน้าที่ที่เกี่ยวข้องของราชอาณาจักรไทยตามคำร้องขอความช่วยเหลือทางกฎหมายจา
กประเทศสหรัฐอเมริกา ขอรับรองตามคำแนะนำที่ระบุไว้ในคำร้องขอที่อ้างอิง:

1. ที่ข้าพเจ้าได้นำส่งหมาย แจ้งการดำเนินคดีของการยึดทรัพย์สิน เมื่อ _____ วันที่
**๑ เมษายน** พ.ศ. ~~๒๕๖๗~~ ไปยังที่อยู่ต่อไปนี้:
 **๒๕๖๘**
**๑๓๓๖   ถนน เจริญกรุง   แขวง สุริยวงศ์   เขตบางรัก กรุงเทพฯ**
(ที่อยู่ ถนน เมือง ประเทศ)

โดยวิธีใดวิธีหนึ่งดังต่อไปนี้ (วงกลมตัวเลือกที่เหมาะสม)

    a. โดยส่งถึงมือผู้ที่มีชื่อเป็นผู้รับ ที่รับด้วยความสมัครใจ
    ⓑ โดยส่งทางไปรษณีย์หรือผู้ให้บริการอื่น ๆ ตามที่ยอมรับได้ภายใต้กฎหมายของราชอาณาจักรไทย

เอกสารที่อ้างถึงในที่นี้ได้รับการส่งถึงแล้ว

**(ปรากฏตามหลักฐานใบตอบรับ EMS )**
(ชื่อและรายละเอียดของผู้รับเอกสาร)

_____
(ความสัมพันธ์กับผู้ที่มีชื่อเป็นผู้รับ เช่น ครอบครัว ธุรกิจ หรืออื่น ๆ)

2. ที่หนังสือแจ้งการดำเนินการริบทรัพย์สินไม่ได้ถูกส่งถึงผู้รับที่ระบุไว้ข้างต้นด้วยเหตุผลต่อไปนี้
(โปรดอธิบายขั้นตอนที่ดำเนินการเพื่อค้นหาและส่งมอบเอกสารให้แก่ผู้รับ)

ข้าพเจ้าขอยืนยันว่าข้อความข้างต้นเป็นความจริงและถูกต้อง

ลายมือชื่อของผู้ให้คำสาบาน

ดำเนินการเมื่อ วันนี้ __๑__ วันที่ __เมษายน__ พ.ศ. ~~2567~~ 2568



ป.133 ข.

**ใบตอบรับ EMS ในประเทศ/ADVICE of receipt**

กรุณากรอกชื่อที่อยู่ของผู้ฝากส่ง
ในช่องด้านหน้า รวมทั้งกรอก
ชื่อที่อยู่ผู้รับและอื่นๆ
ในช่องด้านหลัง

Please complete sender's address at the
front and addressee's address including
other information required at the back.

ชื่อและที่อยู่ของผู้ฝากส่ง/Sender's address

รหัสไปรษณีย์/Postcode

EM 0558 9244 9 TH

---

ชื่อและที่อยู่ของผู้รับ/Addressee
ชื่อ/Name
ที่อยู่/Address
รหัสไปรษณีย์/Postcode
ฝากส่ง ณ ที่ทำการไปรษณีย์/At Post office
วันที่/Day        เดือน/Month        พ.ศ./Year

**คำตอบรับของผู้รับ/ADVICE of receipt** ได้รับสิ่งของตามที่แจ้งไว้ข้างต้นเรียบร้อยแล้ว
Received EMS
เมื่อวันที่/On        เดือน/Month        พ.ศ./Year        เวลา/Time        น.
ลงชื่อผู้รับหรือผู้รับแทน/
Signature of addressee/Authorized person
เขียนชื่อตัวบรรจง/Person name (........................)
ที่เกี่ยวพันกับผู้รับโดยเป็น/Relation with addressee
ลงชื่อเจ้าหน้าที่ผู้นำจ่าย/Signature of postman

ที่ทำการรับฝาก

ช่องนี้สำหรับเจ้าหน้าที่
หมายเลข EMS
ตามกล่อง/ซอง
92435

ตราประจำวัน
ที่ทำการที่ส่งคืนผู้ฝาก

๑
ร.ต.ท.        สำเนาถูกต้อง
(ศฬงษ์ธรรศน์ แก้วจุนันท์)
รอง สว.(สอบสวน) กก.1 บก.ป.

**EMS**

ป.133 ข.

**ใบตอบรับ EMS ในประเทศ/ADVICE of receipt**

กรุณากรอกชื่อที่อยู่ของผู้ฝากส่ง
ในช่องด้านหน้า รวมทั้งกรอก
ชื่อที่อยู่ของผู้รับและอื่นๆ
ในช่องด้านหลัง

Please complete sender's address at the
front and addressee's address including
other inform

ชื่อและที่อยู่ของผู้ฝากส่ง/Sender's address

ร.ต.อ.สพงษ์ธรรศน์  แก้วจุนันท์

กองบังคับการ ๑  กองบังคับการปราบปราม

แขวงในเมือง  แขวงจอมพล

เขตจตุจักร  กรุงเทพฯ

รหัสไปรษณีย์/Postcode  ๑ ๐ ๙ ๐ ๐

**EMS** ไปรษณีย์ด่วนพิเศษ

ET 2228 6034 7 TH

---

ชื่อและที่อยู่ของผู้รับ/Addressee

ชื่อ/Name  กรรมการผู้จัดการ บริษัท เรนเบอ อากา จำกัด

ที่อยู่/Address  ๒๐๓๓๖  ถนนเจริญกรุง  แขวงจอมพล

เขตบางรัก  กรุงเทพฯ

รหัสไปรษณีย์/Postcode  ๑ ๐ ๕ ๐ ๐

ฝากส่ง ณ ที่ทำการไปรษณีย์/At Post office

สำนักงานใหญ่เทพไว

วันที่/Day............เดือน/Month............พ.ศ./Year  ๒๕๖๘

**คำตอบรับของผู้รับ/ADVICE of receipt** ได้รับสิ่งของตามที่แจ้งไว้ข้างต้นเรียบร้อยแล้ว
Received EMS

เมื่อวันที่/On............เดือน/Month............พ.ศ./Year............เวลา/Time............น.

ลงชื่อผู้รับหรือผู้รับแทน

Signature of addressee/Authorized person............

เขียนชื่อตัวบรรจง/Person name (............)

เกี่ยวพันกับผู้รับโดยเป็น/Relation with addressee............

ลงชื่อเจ้าหน้าที่ผู้นำจ่าย/Signature of postman............

1.

ตราประจำวัน
ที่ทำการรับฝาก

ช่องนี้สำหรับรับเจ้าหน้าที่

หมายเลข EMS
ตามกล่อง/ซอง

60333

2.

ตราประจำวัน
ที่ทำการที่ส่งคืนผู้ฝาก

สำเนาถูกต้อง
ร.ต.ท.
(สพงษ์ธรรศน์ แก้วจุนันท์)
รอง สว.(สอบสวน) กก.1 บก.ป.



ศุ๑ฉบับ

ที่ ตช ๐๐๒๖.๒๑(๒๑)/๖๖๔๗

กองกำกับการ ๑
กองบังคับการปราบปราม
ถนนพหลโยธิน แขวงจอมพล
เขตจตุจักร กรุงเทพมหานคร
๑๐๙๐๐

๑ เมษายน ๒๕๖๘

เรื่อง   ส่งเอกสารตามคำร้องของทางการสหรัฐอเมริกา
เรียน   กรรมการผู้จัดการ บริษัท เซ็นจูรี่ อาร์ต จำกัด

        ด้วย กองการต่างประเทศ สำนักงานตำรวจแห่งชาติ ได้มีหนังสือ ที่ ๐๐๐๒.๓/๑๖๕๖ ลงวันที่ ๒๗ กุมภาพันธ์ ๒๕๖๘ เรื่อง ทางการสหรัฐอเมริกาขอความร่วมมือระหว่างประเทศในเรื่องทางอาญาของทางการสหรัฐอเมริกา กรณีขอความช่วยเหลือในทางสืบสวน บริษัท เซ็นจูรี่ อาร์ต จำกัด (Century Arts Co.,Ltd.) และบริษัท ฟาดา เทรดดิ้ง จำกัด (FADA Trading Co.,Ltd.) (โบราณวัตถุยุคอียิปต์โบราณ จำนวน ๑๔ ชิ้น ที่กรมศุลกากรและป้องกันชายแดนสหรัฐอเมริกายึดไว้) มายังพนักงานสอบสวน กองกำกับการ ๑ กองบังคับการปราบปราม ขอให้ส่งเอกสาร Exhibit A (หลักฐาน A) และ Exhibit B (หลักฐาน B) ให้แก่ท่านรายละเอียดปรากฏตาม เอกสารชื่อ "Exhibit A – FADA Package" และ "EXHIBIT B Century Arts Package" ที่แนบมาด้วยแล้ว

        หากท่านมีข้อสงสัย โปรดติดต่อ ร้อยตำรวจเอก สพงษ์ธรรศน์ แก้วจุนันท์ หมายเลขโทรศัพท์ ๐๘๗ ๙๗๘ ๕๓๓๕ ซึ่งเป็นเจ้าหน้าที่ตำรวจผู้ประสานงานในการดำเนินการในครั้งนี้

        จึงเรียนมาเพื่อโปรดพิจารณา

                ขอแสดงความนับถือ

                พันตำรวจโท
                ( อดิศร แก้วโหมดตาด )
                รองผู้กำกับการ (สอบสวน)ฯ ปฏิบัติราชการแทน
                ผู้กำกับการ ๑ กองบังคับการปราบปราม

                                ร.ต.ท.  สำเนาถูกต้อง
                                (สพงษ์ธรรศน์ แก้วจุนันท์)
                                รอง สว.(สอบสวน) กก.1 บก.ป.

ร้อยตำรวจเอก สพงษ์ธรรศน์ แก้วจุนันท์ พนักงานสอบสวน
๐๘๗ ๙๗๘ ๕๓๓๕

ศูฉบับ



ที่ ตช ๐๐๒๖.๒๑(๒๑) /๒๖๖๘

กองกำกับการ ๑
กองบังคับการปราบปราม
ถนนพหลโยธิน แขวงจอมพล
เขตจตุจักร กรุงเทพมหานคร
๑๐๙๐๐

๓ เมษายน ๒๕๖๘

เรื่อง    ส่งเอกสารตามคำร้องของทางการสหรัฐอเมริกา

เรียน    กรรมการผู้จัดการ บริษัท ฟาดา เทรดดิ้ง จำกัด

            ด้วย กองการต่างประเทศ สำนักงานตำรวจแห่งชาติ ได้มีหนังสือ ที่ ๐๐๐๒.๓/๑๖๕๖ ลงวันที่ ๒๗ กุมภาพันธ์ ๒๕๖๘ เรื่อง ทางการสหรัฐอเมริกาขอความร่วมมือระหว่างประเทศในเรื่องทางอาญาของทางการ สหรัฐอเมริกา กรณีขอความช่วยเหลือในทางสืบสวน บริษัท เซ็นจูรี่ อาร์ต จำกัด (Century Arts Co.,Ltd.) และ บริษัท ฟาดา เทรดดิ้ง จำกัด (FADA Trading Co.,Ltd.) (โบราณวัตถุยุคอียิปต์โบราณ จำนวน ๑๔ ชิ้น ที่กรมศุลกากร และป้องกันชายแดนสหรัฐอเมริกายึดไว้) มายังพนักงานสอบสวน กองกำกับการ ๑ กองบังคับการปราบปราม ขอให้ส่ง เอกสาร Exhibit A (หลักฐาน A) และ Exhibit B (หลักฐาน B) ให้แก่ท่านรายละเอียดปรากฏตาม เอกสารชื่อ "Exhibit A – FADA Package" และ "EXHIBIT B Century Arts Package" ที่แนบมาด้วยแล้ว

            หากท่านมีข้อสงสัย โปรดติดต่อ ร้อยตำรวจเอก สพงษ์ธรรศน์ แก้วจุนันท์ หมายเลขโทรศัพท์ ๐๘๗ ๙๗๘ ๕๓๓๕ ซึ่งเป็นเจ้าหน้าที่ตำรวจผู้ประสานงานในการดำเนินการในครั้งนี้

            จึงเรียนมาเพื่อโปรดพิจารณา

ขอแสดงความนับถือ

พันตำรวจโท

( อดิศร แก้วโหมดตาด )
รองผู้กำกับการ (สอบสวน)ฯ ปฏิบัติราชการแทน
ผู้กำกับการ ๑ กองบังคับการปราบปราม

สำเนาถูกต้อง
ร.ต.ท.
(สพงษ์ธรรศน์ แก้วจุนันท์)
รอง สว.(สอบสวน) กก.1 บก.ป.

ร้อยตำรวจเอก สพงษ์ธรรศน์ แก้วจุนันท์ พนักงานสอบสวน
๐๘๗ ๙๗๘ ๕๓๓๕