## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. RDB-24-02727 |
| | * | |
| FOURTEEN ANCIENT EGYPTIAN ARTIFACTS SEIZED BY U.S. CUSTOMS AND BORDER PROTECTION, | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| Defendants *In Rem*. | * | |

*******

### DEFAULT JUDGMENT AND
### FINAL ORDER OF FORFEITURE

Upon consideration of the United States' motion for entry of a Default Judgment, pursuant to Federal Rule of Civil Procedure 55(b)(2), and a Final Order of Forfeiture against:

a.     Old Kingdom Limestone Funerary Statute of Seated Elite, seized on or about August 24, 2020 at Anchorage, Alaska (Asset ID No.: 20-CBP-000968);

b.     Ancient Egyptian Faience Amulet of the Goddess Hatmehyt from Egypt's Late Period (664-332 BCE), seized on or about September 29, 2020 at John F. Kennedy Airport in New York (Asset ID No.: 20-CBP-000969);

c.     Egyptian wooden canopic jar cover from the New Kingdom Period, 19th Dynasty or later 1300 BCE, seized on or about November 17, 2020 at John F. Kennedy Airport in New York (Asset ID No.: 20-CBP-000970);

d.     Cypriot Spindle Ware Vessel (New Kingdom Period 1549 to 1075 BCE), seized on or about November 17, 2020 at John F. Kennedy Airport in New York (Asset ID No.: 20-CBP-000971);

e.    Painted limestone Shabti from ancient Egypt's New Kingdom period (1549 to 1075 BCE), seized on or about November 17, 2020 at John F. Kennedy Airport in New York (Asset ID No.: 20-CBP-000972);

f.    Painted limestone phallic figurine from ancient Egypt's Late Period to Ptolemaic Period (664-30 BCE), seized on or about November 17, 2020 at John F. Kennedy Airport in New York (Asset ID No.: 21-CBP-000945);

g.    Painted limestone Egyptian Shabti from ancient Egypt's New Kingdom period (1549 to 1075 BCE), seized on or about November 18, 2020 at John F. Kennedy Airport in New York (Asset ID No.: 21-CBP-000946);

h.    Egyptian Calcite/Alabaster Shabti (1190-1075 BCE), seized on or about November 18, 2020 at John F. Kennedy Airport in New York (Asset ID No.: 21-CBP-000947);

i.    Painted limestone Egyptian Bed Figurine (New Kingdom Period 1549-1075 BCE), seized on or about November 18, 2020 at John F. Kennedy Airport in New York (Asset ID No.: 21-CBP-000948);

j.    Egyptian Glazed Phallic Figurine from Egypt's Late Period to Ptolemaic Period (664-30 BCE), seized on or about November 18, 2020 at John F. Kennedy Airport in New York (Asset ID No.: 21-CBP-000949);

k.    Faience Shabti Figurine (Late Period to Ptolemaic Period 664-30 BCE), seized on or about November 18, 2020 at John F. Kennedy Airport in New York (Asset ID No.: 21-CBP-000950);

l.    Pre-Dynastic Vase (3500-3200 BCE), seized on or about November 18, 2020 at John F. Kennedy Airport in New York (Asset ID No.: 21-CBP-000951);

m.    Egyptian limestone lug-handled jar, Early Dynastic Period, c. 3000-2600 BCE,

seized on or about April 7, 2021 at John F. Kennedy Airport in New York (Asset

ID No.: 21-CBP-000952); and

n.    Egyptian painted wooden Ushabti box, Third Intermediate Period to Late Period, c.

1075-332 BCE (Asset ID No.: 21-CBP-000953)

(collectively, the "Defendant Property"), the Court concludes that it should grant the United States'

motion and enter final judgment.

Accordingly, it is hereby ORDERED, ADJUDICATED and DECREED that:

1.    This Court has jurisdiction over the Defendant Property in this action.

2.    The United States' Motion for Entry of Default Judgment and Final Order of

Forfeiture is GRANTED.

3.    The United States having filed a Verified Complaint for Forfeiture *In Rem* that

complies in all respects with the pleading requirements in Rule G(2) of the Supplemental Rules

for Admiralty or Maritime Claims and Asset Forfeiture Actions, and having complied further with

the notice requirements in Supplemental Rule G(4), and no person having filed a claim pursuant

to Supplemental Rule G(5) within the time allowed, all right, title and interest of all persons in the

Defendant Property is hereby fully and finally forfeited to the United States pursuant 21 U.S.C.

§ 881(a)(6).

4.    The United States shall have judgment as to the Defendant Property and no other

person or entity shall have any right, title or interest in the Defendant Property.

5.    The United States shall dispose of the forfeited property in accordance with the law.

6.      Pursuant to 28 U.S.C. § 2465(a)(2), this Order shall constitute certification of the Court's finding that there was reasonable cause for the seizure or arrest of the Defendant Property subject to forfeiture.

The Case is hereby CLOSED.  It is so ORDERED.

Date:   9/25/2025

_____/s/_____
Hon. Richard D. Bennett
United States District Judge